■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. AN-
THONY JONES, Appellant, v PAUL RUSSI, as Chairman of New
York State Board of Parole, et al., Respondents. [608 NYS2d 914]
—Judgment unanimously affirmed. Memorandum: Petitioner
is not entitled to habeas corpus relief because, even assuming
that his arguments have merit, he would not be entitled to
immediate release from custody *(see, People ex rel. Kaplan v
Commissioner of Correction of City of N. Y.,* 60 NY2d 648).
Although he has the right to be considered for parole, he does
not have the right to be granted parole *(see,* Correction Law
§ 805; *Matter of Walker v Russi,* 176 AD2d 1185, *lv dismissed*
79 NY2d 897). (Appeal from Judgment of Supreme Court,
Cayuga County, Contiguglia, J.—Habeas Corpus.) Present—
Callahan, J. P., Pine, Lawton, Doerr and Boehm, JJ.